No. 281. WOLFE, ADMINISTRATRIX, *v.* HENWOOD, TRUSTEE. ▬▬ Certiorari denied. *Arthur L. Adams* for petitioner. *Joe C. Barrett* and *Archer Wheatley* for respondent. ▬▬

No. 284. FIELDS *v.* HANNEGAN, POSTMASTER GENERAL. ▬▬ Certiorari denied. *W. Theophilus Jones* for petitioner. *Solicitor General Perlman, Assistant Attorney General Ford, Samuel D. Slade* and *Harry I. Rand* for respondent. ▬▬

No. 286. E. ANTHONY & SONS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. ▬▬ Certiorari denied. *Elisha Hanson, William K. Van Allen, Letitia Armistead* and *Arthur B. Hanson* for petitioner. *Solicitor General Perlman, Robert N. Denham, David Findling, Ruth Weyand* and *Mozart G. Ratner* for respondent. ▬▬

No. 289. LIBERTY MUTUAL INSURANCE Co. *v.* SINDELAR, EXECUTOR, ET AL. ▬▬ Certiorari denied. *Howard Boyd* and *George D. Horning, Jr.* for petitioner. *Vincent O'Brien* for respondents. ▬▬

No. 298. FENERTY *v.* PHILADELPHIA BAR ASSOCIATION. ▬▬ Certiorari denied. *John Boyle* for petitioner. *Henry R. Heebner* for respondent. ▬▬

